UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>RALPH DIAZ,<br><br>　　　　　Respondent. | Case No. 2:20-cv-10830-DSF(MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion to Dismiss, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any objections. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　**IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action with prejudice.

Dated: August 1, 2022

　　　　　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　United States District Judge