JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>                Petitioner,<br><br>       v.<br><br>RALPH DIAZ,<br><br>                Respondent. | Case No. 2:20-cv-10830-DSF(MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated: August 1, 2022

_____
HONORABLE DALE S. FISCHER
United States District Judge